UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| AMANDA DAVIS,<br><br>                    Plaintiff,<br><br>         v.<br><br>CAROLYN W. COLVIN<br>Acting Commissioner of Social Security,<br><br>                    Defendant. | No.  4:15-cv-5013-EFS<br><br>**ORDER GRANTING PARTIES'**<br>**STIPULATED MOTION FOR REMAND** |

Before the Court, without oral argument, is the parties' Stipulated Motion for Remand, ECF No. 15. The parties are asking the Court to remand the case back to the Administrative Law Judge (ALJ) pursuant to 42 U.S.C. § 405(g). Section 405(g) states, "The court shall have power to enter, upon the pleadings and transcript of the record, a judgment affirming, modifying, or reversing the decision of the Commissioner of Social Security, with or without remanding the cause for a rehearing." 42 U.S.C. 405(g). The parties believe that further factual inquiry needs to be completed. ECF No. 15 at 2. In particular, they want the ALJ to "further evaluate whether the claimant meets or equals Listing 12.05;" determine whether the "claimant has a valid IQ score of 60-70 and an additional physical or other mental impairment imposing additional and significant work-

ORDER - 1

related limitations," and evaluate "claimant's education, work history, and daily activities demonstrate significant deficits in adaptive functioning which manifested during the developmental period prior to age 22." *Id.* The Court agrees and remands this case for further proceedings.

Accordingly, **IT IS HEREBY ORDERED**:

1. The Parties' Joint Motion for Remand, **ECF No. 15**, is **GRANTED**.
2. This case is **REMANDED** back to the Social Security Administration for further proceedings.
3. All pending motions are **DENIED AS MOOT.**
4. All hearings and other deadlines are **STRICKEN.**
5. The Clerk's Office is directed to **CLOSE** this file.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel and to the Social Security Administration.

**DATED** this  7th  day of October 2015.

_____s/Edward F. Shea__
EDWARD F. SHEA
Senior United States District Judge

Q:\EFS\Civil\2015\5013.ord.remand.lc2.docx

ORDER **-** 2